## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-528 | 9/29/26 11:25 AM | Residence at 628 State st, Apt. 504, Milwaukee, WI |

Inventory made in the presence of : Jeremy Grobart, IRS-CI Special Agent

Inventory of the property taken and name(s) of any person(s) seized:

1.) U.S Currency
2.) PNC bank account information
3.) Potawatomi Players Card - Savannah Jug
4.) Wisconsin Department of Revenue Notices
5.) $20,000 Receipt check Austin Brill
6.) Marissa Attorney Note
7.) Check receipt from Joseph Mossaller
8.) 2 bags of unidentified pills
9.) Iphone w/ orange glitter case
10.) Iphone w/ clear case & orange on side
11.) Iphone pink glitter case
12.) Black iphone w/ cracked back
13.) Black iphone - no case
14.) Glock .45 handgun w/ extended magazine (CEDL-724) & Ammo
15.) AK-47 rifle (SVP009628) w/ magazine & ammo
16.) 7.62x39 mm Ammunition

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/30/26

Eli Gartner
*Executing officer's signature*

Eli Gartner, Special Agent
*Printed name and title*